The People of the State of New York ex rel. Hugh Gallagher v. Rhinelander Waldo, Commissioner, etc.— Motion denied, with ten dollars

costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.